IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABIGAIL BERNARD

v.  NO. 12-4796

NCO FINANCIAL SYSTEMS, INC.

**FILED SEP 25 2012** MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

JUDGMENT

BEFORE RUFE, J.

AND NOW, to wit, this 25th day of September, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1001.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg